AUSA Litton

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jordan L. McCorvey | ) | Case No. 2:25-mj-682 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 28, 2025 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Mail theft and possession of stolen mail |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint, incorporated here by reference.

☑ Continued on the attached sheet.

_Complainant's signature_

Tyler L. Fink, U.S. Postal Inspector
_Printed name and title_

Sworn to before me and signed in my presence.
Via FaceTime

Date: December 8, 2025

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers
**United States Magistrate Judge**