AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

JAN 12 2026 4:34 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jordan L. McCorvey | ) | Case No. 2:25-mj-682 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jordan L. McCorvey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Mail theft and possession of stolen mail, in violation of 18 U.S.C. § 1708.

Date: **December 8, 2025**

*Elizabeth A. Preston Deavers*
United States Magistrate Judge

City and state:  Columbus, Ohio

---

**Return**

This warrant was received on *(date)* 12/09/2025, and the person was arrested on *(date)* 01/09/2026
at *(city and state)* Columbus, OH.

Date: 01/09/2026

*Arresting officer's signature*

DUSM A. GRACIA
Printed name and title